1  PHILLIP A. TALBERT
Acting United States Attorney
2  PAUL A. HEMESATH
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone: (916) 554-2700
Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
United States of America
7

8                           IN THE UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                    CASE NO.  2:16-CR-00083-TLN

12                            Plaintiff,         STIPULATION REGARDING EXCLUDABLE
                                                 TIME PERIODS UNDER SPEEDY TRIAL ACT;
13                    v.                          FINDINGS AND ORDER

14  SERGIO VALENCIA-VALENCIA,                    DATE: June 23, 2016
                                                 TIME: 9:30 a.m.
15                            Defendant.         COURT: Hon. Troy L. Nunley

16

17                                    **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20        1.      By previous order, this matter was set for status on June 23, 2016.

21        2.      By this stipulation, defendant now moves to continue the status conference until August

22  18, 2016, at 9:30 a.m., and to exclude time between June 23, 2016, and August 18, 2016, under Local

23  Code T4.

24        3.      The parties agree and stipulate, and request that the Court find the following:

25               a)      The government has represented that the discovery associated with this case

26  includes investigative reports and audio recordings.  Except as set forth below, all of this

27  discovery has been either produced directly to counsel and/or made available for inspection and

28  copying.  There is additional discovery that is being prepared and will be provided to the defense

                                                   1
STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1    within five days of this stipulation.

2         b)    Counsel for defendant desires additional time to consult with his client, review the

3    discovery, consider the charges, and research the law regarding the charges and the applicable

4    facts.

5         c)    Counsel for defendant believes that failure to grant the above-requested

6    continuance would deny him/her the reasonable time necessary for effective preparation, taking

7    into account the exercise of due diligence.

8         d)    The government does not object to the continuance.

9         e)    Based on the above-stated findings, the ends of justice served by continuing the

10   case as requested outweigh the interest of the public and the defendant in a trial within the

11   original date prescribed by the Speedy Trial Act.

12        f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

13   et seq., within which trial must commence, the time period of June 23, 2016 to August 18, 2016,

14   inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

15   because it results from a continuance granted by the Court at defendant's request on the basis of

16   the Court's finding that the ends of justice served by taking such action outweigh the best interest

17   of the public and the defendant in a speedy trial.

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

STIPULATION REGARDING EXCLUDABLE TIME          2
PERIODS UNDER SPEEDY TRIAL ACT

1       4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

2 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3 must commence.

4       IT IS SO STIPULATED.

5

6 Dated:  June 21, 2016                    PHILLIP A. TALBERT
                                   Acting United States Attorney

7

8                                  /s/ PAUL A. HEMESATH
                                  PAUL A. HEMESATH
                                  Assistant United States Attorney

9

10

11 Dated:  June 21, 2016                   /s/ GUADALUPE VALENCIA
                                  GUADALUPE VALENCIA
                                  Counsel for Defendant
                                  SERGIO VALENCIA-VALENCIA

12

13

14

15

16                          **FINDINGS AND ORDER**

17       IT IS SO FOUND AND ORDERED this 22nd day of June, 2016.

18

19

20

21                                  Troy L. Nunley
                                  United States District Judge

22

23

24

25

26

27

28