**GUADALUPE VALENCIA**
California Bar No.197831
The Senator Building 3rd Floor
105 West "F" Street
San Diego, California  92101
Telephone: (619) 232-2588
Facsimile: (619) 232-2158
gvalencialaw@yahoo.com

Attorney for Mr. Valencia-Valencia

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**(HONORABLE TROY L. NUNLEY)**

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                                       )<br>         Plaintiff,                            )<br>                                                       )<br>v.                                                  )<br>                                                       )<br>                                                       )<br>SERGIO VALENCIA-VALENCIA,  )<br>                                                       )<br>                                                       )<br>         Defendant.                        ) | Case No. 16-CR-00083-TLN<br><br>**STIPULATION REGARDING**<br>**EXCLUDABLE TIME  PERIODS**<br>**UNDER SPEEDY TRIAL ACT;**<br>**FINDINGS AND ORDER**<br><br>DATE: August 18, 2016<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Defendant, SERGIO VALENCIA-VALENCIA, by and through his attorney, Guadalupe Valencia, and plaintiff United States of America by and through attorney, Paul Hemesath, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 18, 2016

2. By this stipulation, defendant now moves to continue status conference until September 8, 2016 at 9:30 a.m. and to exclude time between August 18, 2016 and September 8, 2016, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports and audio recordings. Except as set forth below, all of this discovery has been either produced directly to counsel and/or made available for inspiration and copying

   b) Counsel for defendant desires additional time to consult with his client, review the discovery, consider the charges, and research the law regarding the charges and the applicable facts.

   c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

e)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 18, 2016 to September 8, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest

hereby associates Guadalupe Valencia at 105 West F Street, 3rd Floor, San Diego, CA 92101, telephone (619) 232-2588 as co-counsel for Mr. Valencia-Valencia with attorney Jan E. Ronis.

///

///

///

///

///

3

2:16-CR-00083-TLN

Above association accepted.

Dated: August 17, 2016              */s/ Guadalupe Valencia*
                                    GUADALUPE VALENCIA
                                    Associated Counsel for Sergio Valencia-Valencia


Dated: August 17, 2016              */s/ Paul A. Hemesath*
                                    PAUL A. HEMESATH
                                    Assistant United States Attorney


# FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED THIS 17th day of August, 2016.

_____
Troy L. Nunley
United States District Judge