PHILLIP A. TALBERT
Acting United States Attorney
PAUL A. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00083-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| SERGIO VALENCIA-VALENCIA, | DATE: September 8, 2016 |
| Defendant. | TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 8, 2016.

2. By this stipulation, defendant now moves to continue the status conference until September 29, 2016, at 9:30 a.m., and to exclude time between September 8, 2016, and September 29, 2016, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports and audio recordings. Except as set forth below, all of this discovery has been either produced directly to counsel and/or made available for inspection and copying. There is additional discovery that is being prepared and will be provided to the defense

1  within five days of this stipulation.

2        b)      Counsel for defendant desires additional time to consult with his client, review the
3  discovery, consider the charges, and research the law regarding the charges and the applicable
4  facts.

5        c)      Counsel for defendant believes that failure to grant the above-requested
6  continuance would deny him/her the reasonable time necessary for effective preparation, taking
7  into account the exercise of due diligence.

8        d)      The government does not object to the continuance.

9        e)      Based on the above-stated findings, the ends of justice served by continuing the
10  case as requested outweigh the interest of the public and the defendant in a trial within the
11  original date prescribed by the Speedy Trial Act.

12        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
13  et seq., within which trial must commence, the time period of September 8, 2016 to September
14  29, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local
15  Code T4] because it results from a continuance granted by the Court at defendant's request on
16  the basis of the Court's finding that the ends of justice served by taking such action outweigh the
17  best interest of the public and the defendant in a speedy trial.

18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 6, 2016          PHILLIP A. TALBERT
                                   Acting United States Attorney

                                   /s/ PAUL A. HEMESATH
                                   PAUL A. HEMESATH
                                   Assistant United States Attorney

Dated:  September 6, 2016          /s/ GUADALUPE VALENCIA
                                   GUADALUPE VALENCIA
                                   Counsel for Defendant
                                   SERGIO VALENCIA-VALENCIA

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 7th day of September, 2016.

Troy L. Nunley
United States District Judge