**GUADALUPE VALENCIA**
California Bar No.197831
The Senator Building 3rd Floor
105 West "F" Street
San Diego, California 92101
Telephone: (619) 232-2588
Facsimile: (619) 232-2158
gvalencialaw@yahoo.com

Attorney for Mr. Valencia-Valencia

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**(HONORABLE TROY L. NUNLEY)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-CR-00083-TLN |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE SENTENCING HEARING DATE; AND ORDER** |
| SERGIO VALENCIA-VALENCIA, | |
| | DATE: August 24, 2016 |
| | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Troy L. Nunley |

**STIPULATION**

Defendant, SERGIO VALENCIA-VALENCIA, by and through his attorney, Guadalupe Valencia, and plaintiff United States of America by and through attorney, Paul Hemesath, hereby stipulate as follows:

1

16CR00083-TLN

1. By previous order, this matter was set for sentencing on August 24, 2017.

2. By this stipulation, defendant now moves to continue the Sentencing Hearing date until September 7, 2017 at 9:30 a.m.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The case is currently set for sentencing. Mr. Valencia pleaded guilty on January 12, 2017.

   b) The Parties desire additional time to resolve a sentencing issue that will material as terms of the Government's final sentencing recommendation, as well as the Defendants.

   c) Counsel for Defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

///

///

///

Above association accepted.

Dated: August 23, 2017      */s/ Guadalupe Valencia*
GUADALUPE VALENCIA
Associated Counsel for Sergio Valencia-Valencia

Dated: August 23, 2017      */s/ Paul A. Hemesath*
PAUL A. HEMESATH
Assistant United States Attorney

## ORDER

IT IS SO FOUND AND ORDERED THIS 23rd day of August, 2017.

_____
Troy L. Nunley
United States District Judge