**GUADALUPE VALENCIA**
California Bar No.197831
105 West "F" Street, Third Floor
San Diego, California  92101
Telephone: (619) 232-2588
Facsimile: (619) 232-2158
gvalencialaw@yahoo.com

Attorney for Mr. Valencia-Valencia

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:16-CR-00083-TLN |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION TO CONTINUE** |
| v. ) | **SENTENCING HEARING DATE;** |
| ) | **AND ORDER** |
| ) | |
| SERGIO VALENCIA-VALENCIA, ) | |
| ) | DATE: September 7, 2017 |
| ) | TIME: 9:30 a.m. |
| Defendant. ) | COURT: Hon. Troy L. Nunley |

## STIPULATION

Defendant, SERGIO VALENCIA-VALENCIA, by and through his attorney, Guadalupe Valencia, and plaintiff United States of America by and through its attorney, Paul Hemesath, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on September 7, 2017.

2. By this stipulation, defendant now moves to continue the Sentencing Hearing date until September 21, 2017 at 9:30 a.m.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Mr. Valencia-Valencia pleaded guilty on January 12, 2017.

   b) The Parties desire additional time to resolve a sentencing issue that is needed for final sentencing documents to be filed.

   c) Defense counsel has filed their sentencing documents.

   d) Government needs the additional time to file their sentencing documents.

   e) The government does not object to the continuance.

Above association accepted.

Dated: September 1, 2017          */s/ Guadalupe Valencia*
                                  GUADALUPE VALENCIA
                                  Associated Counsel for Sergio Valencia-Valencia


Dated: September 1, 2017          */s/ Paul A. Hemesath*
                                  PAUL A. HEMESATH
                                  Assistant United States Attorney

**ORDER**

IT IS SO FOUND AND ORDERED THIS 1st day of September, 2017.

_____
Troy L. Nunley
United States District Judge